UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/11/2020

ACE AMERICAN INSURANCE COMPANY,

                Plaintiff,

      -against-

SPRAIN ASSOCIATES, LLC,

                Defendant.

1:20-cv-4296 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of the parties' letters regarding Defendant's contemplated motion to amend its Answer and Counterclaims asserted against Plaintiff ACE American Insurance Company and to add Levitt-Fuirst Associates, Ltd. as a party [ECF #16, 17, 19].  After reviewing the arguments set forth in the parties' letters, the Court finds that a pre-motion conference is not necessary.

      Accordingly, IT IS HEREBY ORDERED that Defendant shall file its motion to amend by December 23, 2020.  Plaintiff shall respond by December 30, 2020.  Defendant shall reply by January 6, 2021.

      IT IS FURTHER ORDERED that Plaintiff's motion to stay discovery is DENIED.  The Court will, however, entertain a request to extend the discovery deadlines set forth in the Court's Order dated November 9, 2020 [ECF #15].

      The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 16 and 17.

**SO ORDERED.**

Date:  December 11, 2020
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**