| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/29/2021 |

ACE AMERICAN INSURANCE COMPANY,

      Plaintiff,

  -against-

SPRAIN ASSOCIATES, LLC,

      Defendant.

1:20-cv-4296 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of Sprain's motion, dated May 27, 2021 for reconsideration of the Court's April 29, 2021 Order denying Sprain's motion to file an amended answer and a third-party complaint [ECF No. 32, 33, 34]. Sprain's motion for reconsideration is DENIED as untimely because it was not "served within fourteen (14) days after the entry of the Court's determination of the original motion," as required by Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. *See McGraw-Hill Glob. Educ. Holdings, LLC v. Mathrani*, 293 F. Supp. 3d 394, 397 (S.D.N.Y. 2018).

  The Court is also in receipt of the parties' letter regarding the time to complete discovery [ECF No. 31]. All discovery must be complete by February 1, 2022. The Court will hold a telephonic Post Discovery Conference on February 10, 2022 at 2:00 PM. The parties must file a joint status letter and any pre-motion submissions, as required by the Court's Individual Rules, one week in advance of the conference.

  The Clerk of Court is respectfully directed to terminate the motions at ECF 31 and 32.

**SO ORDERED.**

Date: November 29, 2021　　　　　　　  _____
     New York, NY　　　　　　　　　　　  MARY KAY VYSKOCIL
                      United States District Judge